**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

DEVIN RENEE SMITH,

                           Plaintiff,                      25 **CIVIL** 0896 (HJR)

         -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 28, 2025, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

       July 28, 2025

                                                                   **TAMMI M. HELLWIG**

                                                                    **Clerk of Court**

                                **BY:**

                                                                    **Deputy Clerk**